STATE v. MacDONALD

No. 380P99

Case below: 134 N.C.App. 187

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. MARTIN

No. 425A99

Case below: 134 N.C.App. 500

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999.

STATE v. McCOY

No. 355P99

Case below: 132 N.C.App. 399

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999. Petition by defendant for writ of certiorari to review the orders of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. McGEE

No. 420P99

Case below: 134 N.C.App. 500

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. McHONE

No. 148A91-4

Case below: 350 N.C. 825
                    346 N.C. 286

Motion by defendant to reconsider denial of a remand for an evidentiary hearing dismissed 7 October 1999.